IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK L. JUSTMAN, individually and as executor of the Estate of Karen A. Justman | : : : : | CIVIL ACTION |
| v. | : : | NO. 24-4107 |
| ACCENTURE LLP, PRUDENTIAL INSURANCE COMPANY OF AMERICA | : : : : | |

# ORDER

AND NOW, this 30th day of October 2024, upon considering Defendant Accenture LLP's Motion to dismiss (ECF 8) the Complaint (ECF 1), Plaintiff's Response (ECF 16), Defendant Accenture LLP's Reply (ECF 17), and for reasons detailed in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF 8) is **GRANTED** dismissing the claims against Defendant Accenture LLP without prejudice to filing an amended Complaint pleading facts and legal claims against Defendant Accenture LLP consistent with Rule 11 by no later than **November 13, 2024** if he wishes to proceed against both Defendants.

KEARNEY, J.